FILED
Oct 19 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ erkaf DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JOSE LUIS MARTINEZ,<br><br>　　　　　　　Defendant. | Case No.: '17 CR3420 BTM<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(iii) –<br>Bringing in Aliens Without<br>Presentation; Title 18,<br>U.S.C., Sec. 2 – Aiding and<br>Abetting; and<br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(ii) –<br>Bringing in Aliens for<br>Financial Gain; and Title 18,<br>U.S.C., Sec. 2 – Aiding and<br>Abetting; |

　　The Acting United States Attorney charges:

Count 1

　　On or about September 23, 2017, within the Southern District of California, defendant JOSE LUIS MARTINEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, JUAN PEDRO ESPARZA-AGREDANO, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

//

LES:mf:10/5/2017

Count 2

On or about September 23, 2017, within the Southern District of California, defendant JOSE LUIS MARTINEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, JUAN PEDRO ESPARZA-AGREDANO, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

DATED: 10/19/17 .

ALANA W. ROBINSON
Acting United States Attorney

LAWRENCE E. SPONG
Assistant U.S. Attorney